[No. 10082–1–III.   Division Three.   May 1, 1990.]

PRESSLEY FRANKLIN SHAW, ET AL, *Respondents,* v. FARMERS INSURANCE COMPANY OF WASHINGTON, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 88–2–01168–8, Fred R. Staples, J., entered June 15, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 9220–8–III.   Division Three.   May 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. DALE S. FREEMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Chelan County, No. 88–1–00003–5, Charles W. Cone, J., entered March 28, 1988. *Affirmed* by unpublished opinion per Shields, J., concurred in by Green, A.C.J., and Thompson, J.

[No. 9365–4–III.   Division Three.   May 1, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. LAURENCE E. EVANS, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–1–00485–0, Harold D. Clarke, J., entered May 16, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Green and Shields, JJ.